An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER ANTHONY JONES,
Appellant,
vs.
THE STATE OF NEVADA; BRIAN E.
WILLIAMS; ROSS MILLER; AND
CATHERINE CORTEZ MASTO,
Respondents.

No. 63039

**FILED**

DEC 1 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having considered respondents' motion to dismiss this appeal, proper person appellant's opposition, and respondents' reply, we agree that this appeal no longer presents a justiciable controversy. *Personhood Nev. v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) ("This court's duty is not to render advisory opinions but, rather, to resolve actual controversies . . . ."); *see Darring v. Kincheloe*, 783 F.2d 874, 876 (9th Cir. 1986) (recognizing that an inmate's request for injunctive relief with respect to conditions at one facility becomes moot upon the inmate's transfer to a different facility). We are not persuaded by appellant's argument that this appeal involves a matter of widespread importance that is capable of repetition, yet evading review. *See Bristol*, 126 Nev. at ___, 245 P.3d at 574. Nor are we persuaded by appellant's argument that he would be a suitable class representative for other inmates who have potentially been aggrieved by the complained-of policy. *See generally* NRCP 23(a) (establishing prerequisites for a class action). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

14-40642

cc: Hon. Susan Johnson, District Judge
Christopher Anthony Jones
Attorney General/Carson City
Eighth District Court Clerk